UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-22961-UU

SANDRA COLON,

    Plaintiff,

v.

NATIONSTAR MORTGAGE, LLC,

    Defendant.

_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss.  D.E. 21.

THE COURT having reviewed the Motion and being otherwise fully advised of the premises hereby

ORDERS AND ADJUDGES that the Motion, D.E. 21, is DENIED.

DONE AND ORDERED in Chambers, Miami, Florida, this __2d__ day of November, 2015.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record

1